IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STACEY L. FINNEY | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION FILE NUMBER |
| v. | ) |
| | ) 5:09-CV-0219-HL |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, C&S WHOLESALE GROCERS, INC. | ) |
| | ) |
| Defendant | ) |

## ORDER

Having considered the foregoing Joint Motion to Drop C&S Wholesale Grocers, Inc. as a Party Defendant, for good cause shown and all parties consenting hereto, it is hereby ordered that: (1) Defendant C&S Wholesale Grocers, Inc. is hereby dropped as a party defendant, and dismissed from this action with prejudice; and (2) This action shall henceforth be styled and designated as *Stacey L. Finney v. Hartford Life and Accident Insurance Company*, Civil Action File No. 5:09-CV-0219-HL.

SO ORDERED, this 10th day of August, 2009.

*s/ Hugh Lawson*
Honorable Hugh Lawson
United States District Judge